**Min HU, Petitioner—Appellee,**

v.

**John ASHCROFT, Attorney General, Department of Justice; Douglas C. Devenyns, Warden, Wicomico County Detention Center, Respondents—Appellants.**

No. 01–7587.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 19, 2004.

Decided: March 26, 2004.

Robert D. McCallum, Jr., Assistant Attorney General, Civil Division, Emily Anne Radford, Assistant Director, Michele Y.F. Sarko, Attorney, Office of Immigration Litigation, Civil Division, United States Justice Department, Washington, D.C., for Appellants.

Thomas A. Elliot, Fabienne Chatain, Elliot & Mayock, Washington, D.C., for Appellee.

Before WILKINS, Chief Judge, MICHAEL, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Dismissed, vacated, and remanded by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

This case concerns the Government's * continuing authority to detain Min Hu without a bond hearing pursuant to 8 U.S.C.A. § 1226 (West 1999), which governs the detention of an alien "pending a decision on whether the alien is to be removed from the United States." The Government appeals a district court order holding that such detention was unconstitutional and directing the Government to provide Hu with a bond hearing before an immigration judge. Because the parties agree, in light of recent events, that this case and appeal are moot, we dismiss the

---

* Hu filed a petition for habeas corpus in which he named as Respondents the United States Immigration and Naturalization Service ("INS"), United States Attorney General John Ashcroft, INS Commissioner James W. Ziglar, District Director Louis D. Crocetti, Jr., of the Baltimore District of the INS, and Warden Douglas C. Devenyns of the Wicomico County Detention Center. We refer to Respondents as "the Government."

appeal, vacate the district court order, and remand to the district court with instructions to dismiss the case. *See Arizonans for Official English v. Arizona,* 520 U.S. 43, 80, 117 S.Ct. 1055, 137 L.Ed.2d 170 (1997). In so doing, we take no position on the merits of the Government's appeal.

*DISMISSED, VACATED, AND RE-MANDED*